```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 33913
   HATTIE M STEWART
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-7683

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 08/25/2005 and was confirmed 11/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.64% from remaining funds.

     The case was paid in full 12/08/2008.
---------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID            PAID
---------------------------------------------------------------------------
GMAC                        SECURED               .00           .00             .00
PEOPLES GAS LIGHT & COKE    UNSECURED             .00           .00             .00
GMAC                        UNSECURED      NOT FILED            .00             .00
ROBERT J ADAMS & ASSOC      PRIORITY       NOT FILED            .00             .00
COMPUTER CREDIT             UNSECURED      NOT FILED            .00             .00
FIRST CONSUMERS NB          UNSECURED OTH     620.63            .00           78.46
FIRST PREMIER BANK          UNSECURED      NOT FILED            .00             .00
LOYOLA UNIVERSITY MED CT    UNSECURED      NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE    UNSECURED      NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         2181.35           .00          275.72
RUSH PRESBYTERIAN HOSPIT    UNSECURED      NOT FILED            .00             .00
ROBERT J ADAMS & ASSOC      REIMBURSEMENT   210.00              .00          210.00
ROBERT J ADAMS & ASSOC      DEBTOR ATTY    2,000.00                         2,000.00
TOM VAUGHN                  TRUSTEE                                           171.82
DEBTOR REFUND               REFUND                                             68.04

          Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    2,804.04

PRIORITY                                          210.00
SECURED                                              .00
UNSECURED                                         354.18
ADMINISTRATIVE                                  2,000.00
TRUSTEE COMPENSATION                              171.82
DEBTOR REFUND                                      68.04
                         ---------------      ---------------
TOTALS                     2,804.04             2,804.04
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 33913 HATTIE M STEWART

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE